UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JONATHAN LOWRY et al.,                                               :
:
Plaintiffs,                                                          :
:                        21-CV-7861 (JMF)
-v-                                                                  :
:                             ORDER
GABRIEL EDELMAN et al.,                                              :
:
Defendants.                                                          :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       To avoid anticipated requests from the various Defendants in this case, the deadline for **all** Defendants to answer, move or otherwise respond to the Complaint is extended to **December 2, 2021**.  Further, to allow for the efficient resolution of the issues presented, any motion to dismiss the Complaint shall be filed jointly, unless a Defendant seeks and obtains leave of the Court to supplement the joint filing or to file individually.  The briefing schedule adopted in ECF No. 30 is retained:  Plaintiffs' opposition to any motion to dismiss is due by **January 18, 2022**, and Defendants' reply, if any, is due by **February 8, 2022**.

       The Clerk of Court is directed to terminate ECF No. 31.

       SO ORDERED.

Dated: October 15, 2021
       New York, New York
                                         JESSE M. FURMAN
                                     United States District Judge