UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JONATHAN LOWRY et al.,                                            :
:
                Plaintiffs,                     :
:     21-CV-7861 (JMF)
      -v-                                                      :
:     ORDER
GABRIEL EDELMAN et al.,                                           :
:
                Defendants.                     :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On **September 2, 2022**, Plaintiffs filed a motion for default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b) as to Defendants Vix Capital Partners, LP, Edelman Blockchain Advisors, CH Global Inc., Creative Advancement, LLC and Eurocredit LLC (together, the "Defaulting Defendants"). *See* ECF No. 184.

        A hearing on the motion for default judgment is currently scheduled for **October 4, 2022**, at **1:00 p.m.** *See* ECF No. 186. That hearing is hereby **RESCHEDULED** for the same day at **9:00 a.m.** As previously directed, *see id.*, the conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.

        Plaintiffs are directed to serve a copy of this Order on Defendants and file proof of such service on the docket by no later than **September 22, 2022**.

        SO ORDERED.

Dated: September 20, 2022                       _____
       New York, New York                            JESSE M. FURMAN
                                                      United States District Judge