UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOHN LOWRY et al.,                                                      :
:
                               Plaintiffs,                              :
:                    21-CV-7861 (JMF)
            -v-                                                         :
:                         ORDER
GABRIEL EDELMAN et al.,                                                 :
:
                               Defendants.                              :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      This Court's October 7, 2022 Order, *see* ECF No. 197, directed Plaintiffs to file a status update regarding their efforts to serve Chen Edelman.  Plaintiffs shall file a status update regarding those efforts by **November 22, 2022**.

      This Court's October 7, 2022 Order also granted Plaintiffs leave to serve Vix Capital Partners, LP f/k/a Vix Capital Partners, LLC ("Vix"), and, absent a timely answer, granted Plaintiffs four weeks after such service to file a new default judgment motion against both Vix and Latinum Holdings, LLC ("Latinum").  *See id.*  On October 19, 2022, Plaintiffs filed proof of service against Vix.  *See* ECF No. 198.  Four weeks have passed, and Plaintiffs have failed to file a new default judgment motion against Vix and Latinum.  The deadline for Plaintiffs to file a new default judgment motion against Vix and Latinum is extended, *nunc pro tunc*, to **November 22, 2022**.  Should Plaintiffs decline to file a new default judgment motion against Vix and Latinum by November 22, 2022, Plaintiffs shall provide an update on their litigation against Vix and Latinum in their status update due by the same date.

      Finally, in this Court's other October 7, 2022 Order, *see* ECF No. 196, the deadline for Jiyson Edelman to answer, move, or otherwise respond to Plaintiffs' complaint was extended to November 15, 2022.  Plaintiffs shall also move for default judgement against Jiyson Edelman by **November 22, 2022** or address their decision not to do so in the status update due by the same date.

      SO ORDERED.

Dated: November 17, 2022
       New York, New York                                    JESSE M. FURMAN
                                                               United States District Judge