UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                             :

JOHN LOWRY et al.,                                      :

                    Plaintiffs,        :          21-CV-7861 (JMF)

          -v-                        :     DEFAULT JUDGMENT
                                       :       AND ORDER

GABRIEL EDELMAN et al.,                :

                    Defendants.    :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On November 22, 2022, Plaintiffs filed a motion for a default judgment against Vix Capital Partners, LP f/k/a Vix Capital Partners, LLC ("Vix") and Latinum Holdings LLC ("Latinum") under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 205.

As discussed on the record at the default judgment hearing on December 20, 2022, Plaintiffs' motion for default judgment is GRANTED, but *as to liability only*, against Vix and Latinum. That supplements the Court's October 7, 2022 Order, pursuant to which this Court already granted default judgment *as to liability only* against Edelman Blockchain Advisors ("EBA"), Creative Advancement, LLC ("Creative Advancement"), CH Global Inc. ("CH Global"), and Euro Credit, LLC ("Euro Credit"). *See* ECF No. 197.

By separate Order to be entered today, the Court will refer the case to Magistrate Judge Ona T. Wang for an inquest on damages as to all six of the defaulting Defendants — Vix, Latinum, EBA, Creative Advancement, CH Global, and Euro Credit. Plaintiffs shall promptly contact the Chambers of Magistrate Judge Wang to determine next steps.

The Clerk of Court is directed to terminate ECF No. 205.

SO ORDERED.

Dated: December 21, 2022
      New York, New York

_____
JESSE M. FURMAN
United States District Judge