UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JOHN LOWRY et al.,                                                     :
:
　　　　　　　　　　Plaintiffs,                                         :
:　　　21-CV-7861 (JMF)
　　　　-v-                                                            :
:　　　　　ORDER
GABRIEL EDELMAN et al.,                                                :
:
　　　　　　　　　　Defendants.                                         :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

　　　　On December 21, 2022, this matter was referred to Magistrate Judge Wang for an inquest following entry of a default judgment on liability. *See* ECF Nos. 211 & 212. On February 15, 2024, Magistrate Judge Wang issued a Report and Recommendation in which she noted that "Plaintiffs have not provided competent evidence to support their damages claimed," ECF No. 224 ("Report & Recommendation"), at 21, despite being given several courtesy extensions and opportunities to do so, *id.* at 3-4. Magistrate Judge Wang nevertheless offers provisional damages recommendations, to be awarded only "if Plaintiffs provide evidence to support these damages." *Id.* at 22. In the "alternat[ive]," she "recommend[s] a denial of any award in light of Plaintiffs' haphazard and incomplete filings." *Id.* at 22 n.18.

　　　　The Court will treat Magistrate Judge Wang's Report and Recommendation as recommending denial of any damages award unless Plaintiffs file timely objections together with adequate evidence to substantiate the provisionally recommended damages award. In any such filing, Plaintiffs shall address why the Court should entertain new evidence at this stage of litigation — that is, why, despite having had numerous opportunities to offer supporting evidence and failing to do so, they should be given yet another opportunity to carry their burden.

　　　　SO ORDERED.

Dated: February 20, 2024
　　　　New York, New York　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge