**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JOHN LOWRY et al.,

                Plaintiff,                21 **CIVIL** 7861 (JMF)

      -against-                        **JUDGMENT**

GABRIEL EDELMAN et al.,

                Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 8, 2024, Plaintiffs' objections are overruled, and Magistrate Judge Wang's Supplemental Report and Recommendation is adopted insofar as it recommends denial of Plaintiffs' motions for reconsideration and "continue[s] to recommend a denial of any award in light of Plaintiffs' haphazard and incomplete filings." Supp. R&R 9-10. The only remaining active claims in this suit are those against Edelman himself, as to whom the case has been automatically stayed pursuant to Section 362 of the Bankruptcy Code. ECF No. 70. In light of that, the Court finds "there is no just reason for delay" as to the "entry of a final judgment" as to all other remaining Defendants. Fed. R. Civ. P. 54(b). Nor is there reason to keep the case open while it is stayed against Edelman. Accordingly, the case is administratively closed subject to the right of any party to reopen within twenty-one days of the conclusion of the bankruptcy proceeding or the lifting or modification of the automatic stay as applied to this action. Judgment is entered and is consistent with the Courts Order dated 4/8/2024 pursuant to Rule 54(b) of the Federal Rules of Civil Procedure as to the six defaulting Defendants, Vix

Capital Partners, LLC; Latinum Holdings LLC; Edelman Blockchain Advisors; Creative Advancement, LLC; CH Global Inc.; and Euro Credit, LLC; and the case is closed.

**Dated:**  New York, New York

      April 9, 2024

                                                         **RUBY J. KRAJICK**

                             **BY:**

                                                         **Deputy Clerk**